**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–02161–WJM–KMT

SEAN MARTIN CAFFREY,

    Plaintiff,

v.

SUMMIT COUNTY, a County of the State of Colorado, acting through
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SUMMIT, and
W. PETER VELLMAN, M.D. in his official and individual capacity, and
MARC BURDICK in his official and individual capacity,

    Defendants.

---

### ORDER DISMISSING WITH PREJUDICE DEFENDANT MARC BURDICK

---

This matter comes before the Court on the Joint Stipulation for Dismissal of Defendant Marc Burdick, filed on May 27, 2011 (ECF No. 65). The Court being fully advised hereby ORDERS as follows:

All claims which were brought and could have been brought against Defendant Marc Burdick in the above captioned matter are hereby DISMISSED WITH PREJUDICE. Each party shall pay his own attorney's fees and costs. The parties shall amend the caption of this case in all future filings to reflect the dismissal of Marc Burdick.

Dated this 1st day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge