**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–02161–WJM–KMT

SEAN MARTIN CAFFREY,

    Plaintiff,

v.

SUMMIT COUNTY, a County of the State of Colorado, acting through
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SUMMIT, and
W. PETER VELLMAN, M.D. in his official and individual capacity, and
MARC BURDICK in his official and individual capacity,

    Defendants.

---

**ORDER GRANTING AMENDED JOINT MOTION FOR STIPULATED
DISMISSAL OF CLAIMS AGAINST PETER VELLMAN**

    This matter comes before the Court on the Amended Joint Motion for Stipulated Dismissal of claims asserted against Defendant W. Peter Vellman, M.D., filed on May 27, 2011 (ECF No. 66). The Court being fully advised hereby ORDERS as follows:

    The Amended Joint Motion for Stipulated Dismissal is hereby GRANTED. The claims asserted against Defendant W. Peter Vellman, M.D., are hereby DISMISSED WITH PREJUDICE. Each party shall pay his own attorney's fees and costs. The parties shall amend the caption of this case in all future filings to reflect the dismissal of W. Peter Vellman, M.D.

Dated this 1st day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge