**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–02161–WJM–KMT

SEAN MARTIN CAFFREY,

    Plaintiff,

v.

SUMMIT COUNTY, a County of the State of Colorado, acting through
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SUMMIT

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice (ECF No. 69).  The Court being fully advised hereby ORDERS as follows:

It is hereby ORDERED that all claims which were brought and could have been brought against Defendant Summit County in the above-captioned matter are DISMISSED WITH PREJUDICE.  Each party shall pay his own attorney's fees and costs.

Dated this 7th day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge